**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 21, 2017

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Kevin Johnson**
      **15 Cr. 565 (VEC)**

Dear Judge Caproni,

    We write to request permission to file a redacted version of Mr. Johnson's sentencing memorandum on ECF in the above-captioned case. Pursuant to the Court's individual rules, the redacted version will be filed on ECF this evening and an unredacted copy will be sent via email.

    We believe the information redacted from the letter and attachments falls into the categories described in the Southern District's ECF Privacy Policy ("Policy") as either "sensitive information" or information requiring "caution." Specifically, we redacted: names of minor children, home addresses and phone numbers, dates of birth, and medical and mental health diagnoses and treatment.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Robert M. Baum
Christopher Flood
Attorneys for Kevin Johnson