UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA,                          :

                                             :          15 Cr. 565 (VEC)
      - v. -
                                             :

KEVIN JOHNSON,
                                             :
                Defendant.
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF MOTION BY
## PRO PUBLICA INC. FOR LEAVE TO INTERVENE, LIFT THE
## PROTECTIVE ORDER AND UNSEAL JUDICIAL RECORDS

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated September 25, 2017; and declaration of Hannah Bloch-Wehba, sworn to September 25, 2017, with its accompanying exhibits, proposed intervenor Pro Publica, Inc. will move this Court, before the Honorable Valerie Caproni, at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order permitting it to intervene, lifting the protective order, and unsealing judicial records in this case, and for such other and further relief as the Court deems just and proper.

Dated: September 25, 2017                      Respectfully submitted,
      New York, New York                      */s/ David A. Schulz*
                                                   David A. Schulz
                                                   MEDIA FREEDOM AND INFORMATION
                                                   ACCESS CLINIC
                                                   ABRAMS INSTITUTE FOR FREEDOM
                                                   OF EXPRESSION
                                                   321 W. 44th Street, Suite 1000
                                                   New York, NY 10036
                                                   (212) 850-6103
                                                   dschulz@lskslaw.com

                    Hannah Bloch-Wehba (*pro hac vice*
                        forthcoming)
                    P.O. Box 208215
                    New Haven, CT 06520
                    (203) 436-5824
                    Hannah.Bloch-Wehba@yale.edu

                    *Counsel for Pro Publica, Inc.*