*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 28, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Kevin Johnson*, **15 Cr. 565 (VEC)**

Dear Judge Caproni:

    The Government writes in regards to ProPublica's Motion for Leave to Intervene, Lift the Protective Order and Unseal Judicial Records (the "Motion"), which was filed on September 25, 2017 in the above-captioned matter. The Government respectfully requests a deadline of October 27, 2017 to respond to the Motion.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By:    _____
    Sheb Swett/Stephanie Lake
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-6522/1066

cc:    Christopher Flood, Esq. (by ECF)
    Sylvie Levine, Esq. (by ECF)
    Robert Baum, Esq. (by ECF)
    David A. Shulz, Esq. (by email)
    Hannah Bloch-Wehba, Esq. (by email)