

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

October 4, 2017

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/05/17
```

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *United States v. Kevin Johnson*, 15 Cr. 565 (VEC)

Dear Judge Caproni:

The Government writes to inform the Court that the Government will not oppose a stay on the requirement that defense counsel and retained experts return the FST source code by October 12, 2017.

Respectfully submitted,

JOON H. KIM
Acting United States Attorney

By: *[signature]*
Sheb Swett/Stephanie Lake
Assistant United States Attorneys
Southern District of New York
(212) 637-6522/1066

cc:   Christopher Flood, Esq. (by ECF)
Sylvie Levine, Esq. (by ECF)
Robert Baum, Esq. (by ECF)
David A. Shulz, Esq. (by ECF)
Hannah Bloch-Wehba, Esq. (by email)

The return of the FST source code is stayed sine die pending the resolution of Pro Publica's Motion for Leave to Intervene, Lift The Protective Order and Unseal Judicial Records [Dkt. 138].

SO ORDERED.

*[signature]*
10/5/2017

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE