

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 6, 2017

**BY ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Kevin Johnson*, 15 Cr. 565 (VEC)

Dear Judge Caproni:

    In light of OCME's letter, dated October 6, 2017, the Government will not oppose ProPublica's Motion for Leave to Intervene, Lift the Protective Order, and Unseal Judicial Records.

    Respectfully submitted,

    JOON H. KIM
    Acting United States Attorney

By:    _/s/ Sheb Swett / Stephanie Lake_
    Sheb Swett/Stephanie Lake
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-6522/1066

cc:    Christopher Flood, Esq. (by ECF)
    Sylvie Levine, Esq. (by ECF)
    Robert Baum, Esq. (by ECF)
    David A. Shulz, Esq. (by ECF)
    Hannah Bloch-Wehba, Esq. (by email)